UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JACQUELINE NOWICKI-HOCKEY,

        Plaintiff,                              Case No. 11-cv-10482

v                                             Honorable Thomas L. Ludington

BANK OF AMERICA,

        Defendant.
_____/

## **JUDGMENT**

       In accordance with the order denying Plaintiff's motion for summary judgment and granting Defendant's motion for summary judgment entered on this date,

       It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Defendant and against Plaintiff.

       It is further **ORDERED AND ADJUDGED** that Plaintiff's complaint is **DISMISSED** with prejudice.

                                                               s/Thomas L. Ludington
                                                               THOMAS L. LUDINGTON
                                                               United States District Judge

Dated: January 31, 2014

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney of record herein by electronic means and upon Jacqueline Nowicki-Hockey, at 8688 Bridlewood Trail, Howell, MI 48843-6340 by first class U.S. mail on January 31, 2014.

                            s/Tracy A. Jacobs
                            TRACY A. JACOBS